

## COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/29/2015 2:50:47 PM
CHRISTOPHER A. PRINE
Clerk

### INFORMATION SHEET BY TRIAL COURT CLERK

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the* 1st *Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

*Appellate Case Number* 01-15-00894-CV

*Trial Court Case Number* 15-CCV-055674 ; *Trial Court Number and County* County Court at Law No 2 Fort Bend County

### Information from Trial Court Clerk

| | |
|---|---|
| ____ | The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made. |

| | |
|---|---|
| ____ | Appellant has made payment arrangements |

| | |
|---|---|
| ____ | The clerk's record will not be filed by the original due date. I request an extension of time to file the clerk's record by _____ |

| | |
|---|---|
| X | Appellant has not made payment arrangements and has been notified that the clerk's record is ready as of. November 20, 2015 |

Clerk's Signature, Full Address, and Phone Number:

FORT BEND COUNTY CLERK
301 JACKSON
RICHMOND, TX  77469   281-341-8662

VELMA PADRON